# United States Bankruptcy Court
## District of Maine

| | | | |
|---|---|---|---|
| In re | **Bayside Homes LLC** | Case No. | **26-20325** |
| | Debtor(s) | Chapter | **7** |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bayside Homes LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 12, 2026**
Date

**/s/ J. Scott Logan**
**J. Scott Logan 009871**
Signature of Attorney or Litigant
Counsel for **Bayside Homes LLC**

**Law Office of J. Scott Logan, LLC**
**305 Main Street**
**Yarmouth, ME 04096**
**207-699-1314**
**scott@southernmainebankruptcy.com**